JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL SALKIN AND ELLEN SALKIN,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION; USAA LIFE INSURANCE COMPANY; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>            Defendants. | Case No. EDCV 10-01322 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order (Doc. No. 57) filed on December 19, 2011, IT IS ORDERED AND ADJUDGED that:

- Judgment is entered in favor of Defendants and Plaintiffs shall take nothing as to Plaintiffs' claim for breach of contract;
- Judgment is entered in favor of Defendants and Plaintiffs shall take nothing as to Plaintiffs' claim for breach of the covenant of good faith and fair dealing; and

- Judgment is entered in favor of Defendants and Plaintiffs shall take nothing as to Plaintiffs' claim to set aside rescission under California Civil Code § 1692.

The Court orders that such judgment be entered.

Dated: December 27, 2011

VIRGINIA A. PHILLIPS
United States District Judge

2